McGREGOR W. SCOTT
United States Attorney
KRISTI C. KAPETAN
Assistant U.S. Attorney
3654 Federal Building
1130 "O" Street
Fresno, California 93721
Telephone: (559) 498-7316

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JO ANN WILLIAMS on behalf of MICHELLE SMITH,<br><br>        Plaintiff,<br><br>    v.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social Security,<br>        Defendant. | 1:04-CV-06563 SMS<br><br>STIPULATION AND ORDER TO EXTEND TIME |

    The parties, through their respective counsel, stipulate that the time for filing defendant's response to plaintiff's confidential letter brief be extended from July 7, 2005 to August 10, 2005.

//

//

//

//

//

//

1

1   This is defendant's first request for an extension of time
2 to file a response to plaintiff's confidential letter brief.
3 Defendant needs additional time to further review the file and
4 prepare a response in this matter.

                                    Respectfully submitted,

Dated: July 7, 2005            /s/ Stuart Barasch
                               (As authorized via facsimile)
                               STUART BARASCH
                               Attorney for Plaintiff

Dated: July 7, 2005            McGREGOR W. SCOTT
                               United States Attorney


                               /s/ Kristi C. Kapetan
                               KRISTI C. KAPETAN
                               Assistant U.S. Attorney

IT IS SO ORDERED:

DATED: 7/11/2005                /s/ Sandra M. Snyder
                               THE HONORABLE SANDRA M. SNYDER
                               United States Magistrate Judge

2