```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  KRISTI C. KAPETAN
    Assistant U.S. Attorney
 3  3654 Federal Building
    1130 "O" Street
 4  Fresno, California 93721
    Telephone:  (559) 498-7316
 5
    Attorneys for Defendant
 6
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JO ANN WILLIAMS on behalf of ) <br> MICHELLE SMITH,            ) <br>                              ) <br>           Plaintiff,        ) <br>                              ) <br>           v.                 ) <br>                              ) <br> JO ANNE B. BARNHART,         ) <br> Commissioner of Social       ) <br> Security,                    ) <br>           Defendant.        ) <br> _____) | 1:04-cv-06563 SMS <br><br> STIPULATION AND ORDER TO <br> EXTEND TIME |

The parties, through their respective counsel, stipulate that the time for filing defendant's response to plaintiff's confidential letter brief be extended from August 10, 2005 to September 10, 2005.

///

///

///

///

///

///

1

1  This is defendant's second request for an extension of time
2  to file a response to plaintiff's confidential letter brief.
3  Defendant needs additional time to further review the file and
4  prepare a response in this matter.

                                     Respectfully submitted,

Dated: August 2, 2005                /s/ Stuart Barasch
                                     (As authorized via facsimile)
                                     STUART BARASCH
                                     Attorney for Plaintiff

Dated: August 2, 2005                McGREGOR W. SCOTT
                                     United States Attorney


                                     /s/ Kristi C. Kapetan
                                     KRISTI C. KAPETAN
                                     Assistant U.S. Attorney


IT IS SO ORDERED:

DATED: 8/4/2005

                                      /s/ Sandra M. Snyder
                                     THE HONORABLE SANDRA M. SNYDER
                                     United States Magistrate Judge

2