1
2
3
4
5
6
7
8
9

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

10  JO ANN WILLIAMS, on behalf of    1:04-cv-6563-SMS
    MICHELLE C. SMITH,               )
11                                   ) ORDER DECLINING TO ORDER REMAND
                     Plaintiff,      ) PURSUANT TO SENTENCE FOUR WITHOUT
12                                   ) PREJUDICE TO SUBMISSION OF A
                                     ) CORRECTED STIPULATION AND ORDER
13       v.                          ) (DOC. 17)
                                     )
14  JO ANNE B. BARNHART,             )
    Commissioner of Social          )
15  Security,                        )
                                     )
16                   Defendant.      )
                                     )
17  _____)

18
19      Plaintiff is proceeding with counsel with an action in which
20  Plaintiff seeks judicial review of a final decision of the
    Commissioner of Social Security denying Plaintiff's application
21  for benefits. Pursuant to 28 U.S.C. § 636(c), both parties have
22  consented to the Magistrate's jurisdiction to conduct all
23  proceedings, including ordering the entry of judgment.[1] Pending
24  before the Court is the parties' stipulation and order for remand
25  pursuant to sentence four of 42 U.S.C. § 405(g).
26
27  _____
28      [1] Pursuant to the parties' stipulation, on April 7, 2005, Judge Coyle ordered the case assigned to the
    undersigned Magistrate Judge to conduct all further proceedings in this case.

1

The fourth sentence of § 405(g) authorizes a court to enter "a judgment affirming, modifying, or reversing the decision of the Commissioner of Social Security, with or without remanding the cause for a rehearing." 42 U.S.C. § 405(g). Under sentence four, a district court may remand in conjunction with a judgment affirming, modifying, or reversing the Commissioner's decision; immediate entry of judgment is a primary feature that distinguishes a sentence-four remand from a sentence-six remand. Shalala v. Shaefer, 509 U.S. 292, 297 (1993). A remand order pursuant to sentence four must be accompanied by a final judgment affirming, modifying, or reversing the administrative decision in accordance with sentence four. Melkonyan v. Sullivan, 501 U.S. 89, 102 (1991).

The Court appreciates the efforts of the parties to identify actions that require remand and to agree to remand actions to the Commissioner without the necessity of the Court's review of the merits of such cases. In the instant case, the stipulation and order submitted to the Court records the parties' stipulation that the action be remanded pursuant to sentence four for further administrative action; it also records the parties' agreement regarding the scope of the appropriate administrative action upon remand. However, it does not contain a stipulation or request regarding entry of a final judgment; it does not specifically describe the party for whom judgment should be entered, the party against whom the judgment should be entered, or the form of the judgment (i.e., a final judgment affirming, modifying, or

1  reversing the Commissioner's decision).[2] Because of these

2  defects, the Court's affixing a signature to the line following

3  the words "IT IS SO ORDERED" would result in an ambiguous and

4  incomplete order. Although the Court could fashion an order that

5  would correct the defects in the stipulation and order submitted

6  to the Court, in the interest of judicial economy and for the

7  convenience of the Court, the Court will decline to sign the

8  order and will give the parties an opportunity to submit an

9  appropriate, complete stipulation and order.

10       Accordingly, the Court DECLINES to order remand pursuant to

11  the document submitted by the parties on August 31, 2005, and

12  entitled "STIPULATION AND ORDER FOR REMAND PURSUANT TO SENTENCE

13  FOUR OF 42 U.S.C. § 405(G) and REQUEST FOR ENTRY OF JUDGMENT,"

14  without prejudice to the parties' filing a stipulation and order

15  for remand pursuant to sentence four of 42 U.S.C. § 405(g) that,

16  in addition to containing the parties' stipulation that the

17  action be remanded pursuant to sentence four for further

18  administrative action and the parties' stipulation regarding the

19  scope of the appropriate administrative action upon remand, also

20  contains a stipulation and request for entry of a final judgment

21  for Plaintiff and against Defendant that reverses the decision of

22  the Commissioner.

23  IT IS SO ORDERED.

24  Dated:    September 6, 2005           /s/ Sandra M. Snyder
25  icido3                                UNITED STATES MAGISTRATE JUDGE

26

27       [2] Although there is a reference to request for entry of judgment in the title of the document, in the body of
28  the stipulation, there is no stipulated request regarding the entry of judgment or description of the precise nature and
    form of judgment to be entered.