```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  KRISTI C. KAPETAN
    Assistant U.S. Attorney
 3  3654 Federal Building
    1130 "O" Street
 4  Fresno, California 93721
    Telephone:  (559) 498-7316
 5
    Attorneys for Defendant
 6

 7
              IN THE UNITED STATES DISTRICT COURT FOR THE
 8
                    EASTERN DISTRICT OF CALIFORNIA
 9

10  JO ANN WILLIAMS on behalf of  )   1:04-cv-06563 SMS
     MICHELLE SMITH,              )
11                                )           AMENDED
                  Plaintiff,      )
12                                )   STIPULATION AND ORDER
                  v.              )   FOR REMAND PURSUANT TO
13                                )   SENTENCE FOUR OF 42 U.S.C.
    JO ANNE B. BARNHART,          )   § 405(g), and
14  Commissioner of Social        )
    Security,                     )   REQUEST FOR ENTRY OF JUDGMENT
15                                )   IN FAVOR OF PLAINTIFF AND
                  Defendant.      )   AGAINST DEFENDANT
16  _____)
```

17       IT IS HEREBY STIPULATED, by and between the parties, through

18  their respective counsel of record, that this action be remanded

19  to the Commissioner of Social Security for further administrative

20  action pursuant to section 205(g) of the Social Security Act, as

21  amended, 42 U.S.C. § 405(g), sentence four.

22       On remand, the Appeals Counsel will instruct the

23  Administrative Law Judge ("ALJ") to obtain testimony from a

24  medical expert regarding whether the claimant meets or equals a

25  listed impairment.  The medical expert will review all evidence in

26  the record before rendering an opinion.

27  ///

28  ///

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of plaintiff, Jo Ann Williams on behalf of Michelle Smith, and against defendant, Jo Ann B. Barnhart, Commissioner of Social Security, reversing the final decision of the Commissioner.

                                        Respectfully submitted,

Dated: September 9, 2005      /s/ Stuart Barasch
                                   (As authorized via facsimile)
                                   STUART BARASCH
                                   Attorney for Plaintiff

Dated: September 9, 2005      McGREGOR W. SCOTT
                                   United States Attorney

                                   /s/ Kristi C. Kapetan
                                   KRISTI C. KAPETAN
                                   Assistant U.S. Attorney

IT IS SO ORDERED.

**Dated:   September 12, 2005**          **/s/ Sandra M. Snyder**
icido3                                   UNITED STATES MAGISTRATE JUDGE