```
McGREGOR W. SCOTT
United States Attorney
KRISTI C. KAPETAN
Assistant U.S. Attorney
3654 Federal Building
1130 "O" Street, Room 3654
Fresno, California 93721
Telephone:  (559) 498-7316

Attorneys for Defendant
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JO ANN WILLIAMS on behalf of MICHELLE SMITH,<br><br>        Plaintiff,<br><br>    v.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social Security,<br><br>        Defendant. | 1:04-cv-06563 SMS<br><br>STIPULATION AND ORDER<br>AWARDING EAJA ATTORNEY FEES |

    IT IS HEREBY STIPULATED by the parties, through their undersigned counsel, subject to the approval of the Court, that counsel for plaintiff be awarded attorney fees under the Equal Access to Justice Act in the amount of TWO THOUSAND SIX HUNDRED AND SEVENTY-SIX DOLLARS AND SEVENTY-FIVE CENTS $2,676.75.  This amount represents compensation for legal services rendered on behalf of plaintiff by counsel in connection with this civil action for services performed before the district court in accordance with 28 U.S.C. § 2412(d).

    This stipulation constitutes a compromise settlement of

plaintiff's request for EAJA attorney fees and does not constitute an admission of liability on the part of defendant under the EAJA. Payment in the aforementioned sum under EAJA shall constitute a complete release from and bar to any and all claims, rights, causes of action, liens or subrogated interests relating to attorneys fees incurred in this action under EAJA.

The settlement of plaintiff's claim for EAJA attorney fees does not preclude plaintiff's counsel from seeking attorney fees under 42 U.S.C. § 406(b) of the Social Security Act, subject to the offset provisions of the law.

Respectfully submitted,

Dated: October 24, 2005      /s/ Stuart Barasch
                             (As authorized via facsimile)
                             STUART BARASCH
                             Attorney for Plaintiff

Dated: October 25, 2005      McGREGOR W. SCOTT
                             United States Attorney

                             /s/ Kristi C. Kapetan
                             KRISTI C. KAPETAN
                             Assistant U.S. Attorney

IT IS SO ORDERED.

IT IS FURTHER ORDERED THAT plaintiff's Motion for Attorney Fees filed on 10/13/2005 [22] is hereby MOOT; confirmed by Attorney Barasch's law office on 11/1/2005.

IT IS SO ORDERED.

**Dated:   November 3, 2005**              **/s/ Sandra M. Snyder**
icido3                                     UNITED STATES MAGISTRATE JUDGE

2